## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY K. DAVIS, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 12-00679-B |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability and disability insurance benefits, be **REVERSED** and **REMANDED**.

DONE this **28th** day of **March, 2014**.

                                      /s/ SONJA F. BIVINS
                                  UNITED STATES MAGISTRATE JUDGE